HEATHER E. WILLIAMS, Bar #122664
Federal Defender
KARA R. OTTERVANGER
Florida Bar No. 0112110
Assistant Federal Defender
2300 Tulare Street, Suite 330
Fresno, California 93721-2226
Telephone: (559) 487-5561
Kara_Ottervanger@fd.org

Counsel for Defendant
MATTHEW CAMPBELL

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 6:24-mj-002-HBK |
| *Plaintiff,* | |
| vs. | **JOINT MOTION TO VACATE PRELIMINARY HEARING; ORDER** |
| MATTHEW CAMPBELL, | |
| *Defendant,* | Date: March 4, 2024<br>Time: 1:00 p.m.<br>Judge: Hon. Helena M. Barch-Kuchta |

On February 12, 2024, Defendant Matthew Campbell was arraigned on a criminal complaint before the Honorable Helena Barch-Kuchta. [Doc. 1, 3]. Mr. Campbell was released on standard pre-trial conditions and ordered to appear before the Court in person on Monday, March 4, 2024, at 1:00 p.m. for a preliminary hearing. [Doc. 3].

The parties have since been in negotiations to resolve the matter and have reached a tentative plea agreement. Accordingly, the parties agree that a preliminary hearing is no longer necessary in this matter, and hereby jointly move to vacate the hearing scheduled for March 4, 2024, and to place the matter on calendar for a plea and sentencing hearing on March 13, 2024, at 10:00 a.m. in person in Yosemite National Park. A copy of the signed plea agreement will be filed with the Court prior to the plea and sentencing hearing.

/ /

1

2

Respectfully submitted,

3   Dated:  March 1, 2023

4

HEATHER E. WILLIAMS
Federal Defender

5

6

7

*/s/  Kara R. Ottervanger*
KARA R. OTTERVANGER
Assistant Federal Defender
Attorney for Defendant
MATTHEW CAMPBELL

8   and

9   Dated: March 1, 2024

PHILLIP A. TALBERT
United States Attorney

10

11

12

*/s/  Jeffrey Spivak*
JEFFREY SPIVAK
Assistant United States Attorney
SEAN O. ANDERSON
Yosemite Legal Officer

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**O R D E R**

  **IT IS SO ORDERED** The Preliminary Hearing in this matter scheduled for March 4, 2024 at 1:00 p.m. is **VACATED** and the matter is placed on calendar for a plea and sentencing hearing on March 13, 2024 at 10:00 a.m. The defendant shall appear in person.


Dated:  _March 1, 2024_ 

           HELENA M. BARCH-KUCHTA
           UNITED STATES MAGISTRATE JUDGE