RICHARD OBERTO
ATTORNEY AT LAW
CA State Bar no. 247285
516 W. Shaw Ave. Ste 200
Fresno, California 93704
Telephone: (559) 221-2557

Attorney for the defendant and appellant, Matthew J. Campbell

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) No. 1:24-cr-00229 |
| *Plaintiff and Appellee*, | ) STIPULATION AND ORDER |
| v. | ) EXTENDING DEADLINE TO FILE ) OPENING BRIEF AND RESETTING ) DEADLINES FOR ANSWER BRIEF AND |
| MATTHEW JOSEPH CAMPBELL, | ) REPLY BRIEF |
| *Defendant and Appellant.* | ) |

**STIPULATION**

Counsel for the parties in the above-captioned case stipulate to extend the deadline for the Opening Brief due today from the appellant MATTHEW JOSEPH CAMPBELL (Mr. Campbell) and to reset the deadline for subsequent briefing, as follows:

-Opening Brief by Mr. Campbell due 21 days from today's date, for an amended deadline of **November 1, 2024**;

-Appellee's Brief due 21 days from the date of filing of the Opening Brief; and

-Reply Brief by Mr. Campbell due 7 days from the date of the filing Appellee's Brief.

This first stipulation to extend the briefing time is necessary to allow counsel for Mr. Campbell the opportunity to research and brief the issues, including whether the proposed challenge to a probation condition survives an appellate waiver and whether the probation

///

///

1

condition imposing banishment from a selected geographical location (i.e. Yosemite National Park) is unconstitutional.

DATED: 10/11/2024          /s/Richard Oberto
                            RICHARD OBERTO
                            Attorney for the appellant,
                            Matthew Joseph Campbell

DATED: 10/11/2024          /s/Jeffrey Spivak
                            Jeffrey Spivak
                            Assistant United States Attorney

## **ORDER**

IT IS SO ORDERED.

Dated: **October 13, 2024**

                                    /s/ Jennifer L. Thurston
                                    UNITED STATES DISTRICT JUDGE