PHILLIP A. TALBERT
United States Attorney
JEFFREY A. SPIVAK
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>         v.<br><br>MATTHEW J. CAMPBELL,<br><br>                    Defendant. | CASE NO. 1:24-CR-00229-JLT<br><br>STIPULATION TO RESET BRIEFING SCHEDULE; [~~PROPOSED~~] ORDER |

This case is before the District Court on appeal from a misdemeanor judgment and sentence imposed by the Hon. Helena M. Barch-Kuchta, United States Magistrate Judge, on September 12, 2024.

On November 1, 2024, the Defendant Matthew Campbell filed his opening brief. Defendant is not in custody, and is currently serving a 25 month period of unsupervised probation.

The United States seeks 21 days to respond to Defendant's opening brief. Defendant does not object to the Continuance.

///

///

///

///

///

///

STIPULATION TO RESET BRIEFING SCHEDULE

1

Accordingly, the parties request and stipulate that the Court order the below briefing schedule:

|  | Current Date | New Date |
|---|---|---|
| Government Answering Brief | November 21, 2024 | December 12, 2025 |
| Defendant's Reply | November 28, 2024 | December 20, 2025 |

IT IS SO STIPULATED.

Dated:  November 19, 2024

PHILLIP A. TALBERT
United States Attorney

/s/ JEFFREY A. SPIVAK
JEFFREY A. SPIVAK
Assistant United States Attorney

Dated:  November 19, 2024

/s/ Richard Oberto
Richard Oberto
Counsel for Defendant
Matthew Campbell

### [~~PROPOSED~~] ORDER

IT IS SO ORDERED.

Dated:   **November 19, 2024**

UNITED STATES DISTRICT JUDGE